AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means            ☑ Original            ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>Priority Mail Express parcel displaying USPS Tracking )<br>Number EI234419525US, to "Sofia Sanchez, 35 Union )<br>St Apt #205, New London, CT 06320" )<br>) | Case No.  3:23-mj-135 RAR |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Connecticut _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and fully incorporated into this warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is fully incorporated into this warrant.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 7, 2023 _____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Honorable Robert A. Richardson _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*  ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:       02/21/2023 2:17 pm

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2023.02.21 14:18:17 −05'00'
*Judge's signature*

City and state:       Hartford, Connecticut

Honorable Robert A. Richardson, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br> 3:23-mj-135 RAR | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

 

                                                     _____
*Executing officer's signature*

                                                     _____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

Priority Mail Express parcel displaying USPS Tracking Number EI234419525US, addressed to "Sofia Sanchez, 35 Union St Apt #205, New London, CT 06320" and presently in the custody of the United States Postal Inspection Service at 141 Weston Street in Hartford, CT 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws), including United States currency and narcotics.